No. 85–5818.  BEAMON *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 85–5819.  CLAY *v.* VOSE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, NORFOLK.  C. A. 1st Cir.  Certiorari denied.

No. 85–5822.  SHARLOW *v.* YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–5829.  MARK *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 85–5859.  GLENN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 85–5865.  HOWARD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–5874.  MARQUEZ-MEDINA ET AL. *v.* MEESE, ATTORNEY GENERAL, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–5902.  LUCIEN *v.* CHRANS, WARDEN; and
No. 85–5918.  LUCIEN *v.* CHRANS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 85–5906.  ADAMS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–5907.  LUMBERT *v.* DEROBERTIS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 85–5912.  PRICE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–5914.  MOORE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–5919.  CRAWFORD *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 85–5922.  PUTA *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.